UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:22-cr-00049-JMS-MG |
| DEIRANCE D. WILKINS (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation dkt. [15] recommending that Deirance D. Wilkins supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt. [15]. The Court finds that Mr. Wilkins committed Violation Number 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [6]. The Court dismisses Violation Number 1 at dkt [6]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Wilkins is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months and no supervised release to follow. The Court recommends placement as appropriate, at a residential reentry program or a vocational reentry program facility near Jackson, Mississippi or Memphis, Tennessee. The Magistrate Judge further recommends that Defendants' sentence in this matter run concurrent to any sentence received by Defendant in Indiana State criminal matters 49D27-2010-F5-032211, 49G01-1811-F6-038302, and 49G01-1809-CM-032279.

Date: 3/11/2024

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system